**IN THE UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF UTAH CENTRAL DIVISION**

| | |
|---|---|
| MELANIE DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKULLCANDY, INC., SETH DARLING, JASON HODELL, and RICHARD P. ALDEN,<br><br>Defendants. | **JUDGMENT**<br><br>Case No. 2:16-cv-00121-RJS-PMW<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Paul M. Warner |

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Skullcandy, Inc., Seth Darling, Jason Hodell, and Richard P. Alden.

**SO ORDERED** this 22nd day of June, 2018.

BY THE COURT:

ROBERT J. SHELBY
United States District Judge