**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH CENTRAL DIVISION**

| | |
|---|---|
| MELANIE DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKULLCANDY, INC., SETH DARLING, JASON HODELL, and RICHARD P. ALDEN,<br><br>Defendants. | **ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Case No. 2:16-cv-00121-RJS-PMW<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Paul M. Warner |

WHEREAS on March 21, 2018, this Court granted the Motion[1] of Defendants Skullcandy, Inc., Seth Darling, Jason Hodell, and Richard P. Alden to dismiss the operative Complaint in the above-captioned matter; and

WHEREAS on April 25, 2018, this Court issued a Notice[2] stating that Plaintiff may either file an amended complaint or a Rule 54(b) motion asking the court to certify its judgment as final within 30 days of the Notice; and

WHEREAS on May 24, 2018, Lead Plaintiffs Marjorie B. Oswald and Margaret K. Peterson moved this Court for entry of final judgment dismissing the above-captioned matter with prejudice;[3]

IT IS THEREFORE ORDERED this 22nd day of June, 2018, that final judgment is entered dismissing the above-captioned matter is dismissed with prejudice. All parties will bear their own respective costs. The Clerk of Court is ordered to close the case.

---

[1] Dkt. 59.

[2] Dkt. 60.

[3] Dkt. 61.

BY THE COURT:

ROBERT J. SHELBY
United States District Judge